# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WURM, an individual, <br> KRISTEN KENNEDY, an individual, <br> Plaintiffs, <br> vs. <br> MARKEL INSURANCE COMPANY, a <br> Virginia Corporation, et al., <br> Defendants. | 3:16-cv-00244-HDM-WGC <br><br> ORDER |

Counsel Michelle Press shall have until September 10, 2016, to file the Designation of Local Counsel and Verified Petition pursuant to Local Rule IA 11-2. (*See* ECF No. 23 (Second Notice to Counsel Pursuant to Local Rule IA 11-2)).

IT IS SO ORDERED.

DATED: This 3rd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

1