UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WURM, an individual, and KRISTEN KENNEDY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKEL INSURANCE COMPANY, a Virginia Corporation; MARKEL CORPORATION, a Virginia Corporation; FARMERS INSURANCE EXCHANGE, a reciprocal or inter-insurance exchange; and ABC CORPORATIONS 1-30; and DOES 1-30, inclusive,<br><br>Defendants. | 3:16-cv-00244-HDM-WGC<br><br>ORDER |

The court is construing Defendant Markel Insurance Company's motion for judgment on the pleadings against Plaintiff Kristen Kennedy (ECF No. 39) as a motion under Rule 12(c). Plaintiff Kristen Kennedy's request to exceed the page limit (ECF No. 43) predicated, in part, on the assumption the court would construe the motion as one for summary judgment, is therefore denied and her opposition (ECF No. 42) is stricken. Plaintiff shall file an opposition to the motion for judgment on the pleadings that complies with the page limits established in Local Rule 7-3(b) on or before June 12, 2017. Markel

1

Insurance Company shall file a reply on or before June 26, 2017. Accordingly, the stipulation of the parties to extend the deadline for Markel Insurance Company to file a reply in support of the motion for judgment on the pleadings (ECF No. 45) is granted in part.

IT IS SO ORDERED.

DATED: This 8th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE